DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hartley Oden, | ) | |
| | ) | CASE NO. 5:08 CV 1684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Associated Materials, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case be remanded to the Summit County Court of Common Pleas.

Further for the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, plaintiff's motion for attorney fees and costs is denied.

The Clerk is directed to mail a copy of the Court's Memorandum Opinion and Order, and this Judgment Entry, to the Summit County Court of Common Pleas.

This case is closed.

IT IS SO ORDERED.


  February 11, 2009                          s/ David D. Dowd, Jr.
Date                                      David D. Dowd, Jr.
                                          U.S. District Judge